IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SCOTT YEWELL<br>17 Finch Trail<br>Fairfield, Pennsylvania 17320 | *<br><br>* |
| Plaintiff | * |
| v. | *    CIVIL ACTION NO.: |
| THE REESE AND COMMUNITY<br>VOLUNTEER FIRE COMPANY, INC.<br>1745 Baltimore Boulevard<br>Finksburg, Maryland 21048 | *<br><br>*<br><br>* |
| SERVE ON:   STUART F. GREEN<br>Resident Agent<br>1745 Baltimore Boulevard<br>Finksburg, Maryland 21048 | *<br><br>* |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*

## COMPLAINT & JURY DEMAND

**COME NOW** the Plaintiff, Scott Yewell, by and through his counsel, David A. Muncy and Plaxen Adler Muncy, P.A., and states as follows:

1.     That the Plaintiff, Scott Yewell, is a citizen of Pennsylvania. The Defendant, The Reese and Community Volunteer Fire Company, Inc. is incorporated in the State of Maryland. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

2.     That on or about June 9, 2022, the Plaintiff, Scott Yewell, was operating his vehicle westbound on Route 140 at or near its intersection with Reese Road in Finksburg, Maryland with a flashing yellow traffic signal.

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

-1-

3.  That at the aforesaid time and place, the driver of a vehicle owned by the Defendant, The Reese and Community Volunteer Fire Company, Inc. (hereinafter referred to as "Reese VFD") was traveling across Route 140 onto Reese Road when they failed to activate the red traffic signal so they could safely pull the vehicle across the lanes of traffic thereby causing the Plaintiff to strike the Defendant's vehicle.

4.  That the driver of the Defendant, Reese VFD's vehicle, was acting within the scope of his employment with the Defendant, Reese FVD, at the time of the collision.

5.  That at the time in question the Plaintiff, Scott Yewell, acted in a careful and prudent manner without any negligence contributing to the accident.

### COUNT I
**(Negligence -- Respondeat Superior - Liability)**
**(_Scott Yewell v. The Reese and Community Volunteer Fire Company, Inc._)**

6.  That the Plaintiff, Scott Yewell, adopts and incorporates all of the allegations of facts set forth as if fully set forth herein, and, in addition, states as follows:

7.  That on the occasion in question, the driver/employee of the Defendant, Reese VFD, was negligent in the following particulars, among others, to wit:

  a)  failure to give time and attention;

  b)  failure to keep a proper lookout;

  c)  reckless driving;

  d)  failure to keep his vehicle under his control;

  e)  failing to activate the red traffic signal

  f)  driving at an excessive speed for the conditions existing;

  g)  failure to drive in accordance with the laws and motor vehicle regulations of the State of Maryland.

8.    That as a direct result of the aforesaid acts of negligence of the Defendant, Reese FVD's employee while acting within the scope of said employment, the Plaintiff, Scott Yewell, who was at all times exercising due care, was suddenly thrown against the inside of the automobile he was driving.  That as a further direct result thereof, the Plaintiff, Scott Yewell, suffered severe pain and permanent injuries to his body, as well as severe and protracted shock to his nervous system, all of which have caused him, and will continue to cause him, great pain and mental anguish.

9.    That as a further direct result of the negligence of the Defendant, Reese VFD's employee while acting within the scope of said employment, the Plaintiff, Scott Yewell, has been forced to spend, and will continue to expend, large sums of money for x-rays, doctors, medical treatment and medicine for the treatment of the aforesaid injuries to himself.

10.    That as a further direct result of the negligence of the Defendant, Reese VFD's employee while acting within the scope of said employment, the Plaintiff, Scott Yewell's vehicle sustained property damage and the Plaintiff, Scott Yewell, has incurred expenses as a result of said property damage.

**WHEREFORE**, the Plaintiff, Scott Yewell, demands judgment against the Defendant, The Reese and Community Volunteer Fire Company, Inc., in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper. Plaintiff demands that this case be tried before a jury.

**COUNT II**
**(Negligent Training)**
**(*Scott Yewell v. The Reese and Community Volunteer Fire Company, Inc.*)**

11.    That the Plaintiff, Scott Yewell, adopts and incorporates all of the allegations of facts set forth as if fully set forth herein, and, in addition, states as follows:

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

-3-

12.    That the Plaintiff, Scott Yewell, adopts and incorporates all of the allegations of facts set forth above as if fully set forth herein and in addition states:

13.    A reasonable and prudent employer would have properly trained their employees how to correctly and safely operate the traffic light system.  The Defendant, Reese VFD failed to properly train their employee which lead to the injuries sustained by Plaintiff.

14.    That as a result of Defendant, Reese VFD's negligent training of their employees, the Plaintiff, Scott Yewell, who was at all times exercising due care, was suddenly thrown against the inside of the automobile he was driving.  That as a further direct result thereof, the Plaintiff, Scott Yewell, suffered severe pain and permanent injuries to his body, as well as severe and protracted shock to his nervous system, all of which have caused him, and will continue to cause him, great pain and mental anguish.

15.    That as a further direct result of the Defendant, Reese VFD's negligent training of their employees, the Plaintiff, Scott Yewell, has been forced to spend, and will continue to expend, large sums of money for x-rays, doctors, medical treatment and medicine for the treatment of the aforesaid injuries to himself.

16.    That as a further direct result of the Defendant, Reese VFD's negligent training of their employees, the Plaintiff, Scott Yewell's vehicle sustained property damage and the Plaintiff, Scott Yewell, has incurred expenses as a result of said property damage.

**WHEREFORE**, the Plaintiff, Scott Yewell, demands judgment against the Defendant, The Reese and Community Volunteer Fire Company, Inc., in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

**Plaintiff demands that this case be tried before a jury.**

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737

-4-

Date 3/20/24

PLAXEN ADLER MUNCY, P.A.


David A. Muncy (Federal Bar # 18861)
10211 Wincopin Circle
Suite 620
Columbia, Maryland 21044
(410) 730-7737
(410) 730-1615 – *facsimile*
*dmuncy@plaxenadler.com*
Counsel for Plaintiff

Plaxen Adler Muncy, P.A.
10211 Wincopin Circle
Suite 620
Columbia, MD 21044
(410) 730-7737